In re CRARY. (Circuit Court of Appeals, Second Circuit. January 21, 1903.) No. 49. Petition for Revision of Proceedings of the District Court of the United States for the Western District of New York. Before WALLACE, LACOMBE, and COXE, Circuit Judges. No opinion. Affirmed in open court.

---

In re DASCHER et al. (Circuit Court of Appeals, Second Circuit. March 12, 1903.) No. 189. Appeal from the District Court of the United States for the Eastern District of New York. Henry F. Cochran, for appellants. William H. Hamilton, for appellee. Before WALLACE, LACOMBE, and COXE, Circuit Judges. No opinion. Order affirmed, with costs.

---

FLEMINGTON COAL & COKE CO. v. WELLS. (Circuit Court of Appeals, Second Circuit. March 6, 1903.) No. 102. In Error to the Circuit Court of the United States for the Eastern District of New York. Eldon Bisbee, for plaintiff in error. Herbert Green, for defendant in error. Before WALLACE, LACOMBE, and COXE, Circuit Judges. No opinion. Judgment of Circuit Court affirmed.

---

In re FOLTZ. (Circuit Court of Appeals, Second Circuit. March 12, 1903.) No. 127. Appeal from the District Court of the United States for the Southern District of New York. F. M. Czaki, for appellant. Chas. R. Carruth, for appellee. Before WALLACE, LACOMBE, and COXE, Circuit Judges. No opinion. Order affirmed.

---

FORBES et al. v. MERCHANTS' EXPRESS & TRANSPORTATION CO. (Circuit Court of Appeals, Second Circuit. March 12, 1903.) No. 138. Appeal from the District Court of the United States for the Eastern District of New York. Le Roy S. Gove, for appellant. Lawrence Kneeland, for appellees. Before WALLACE, LACOMBE, and COXE, Circuit Judges. No opinion. Decree affirmed, with interest and costs. See (D. C.) 111 Fed. 796.

---

J. L. MOTT IRON WORKS v. HOFFMAN & BILLINGS MFG. CO. (Circuit Court of Appeals, Seventh Circuit. October 7, 1902.) No. 878. Appeal from the Circuit Court of the United States for the Eastern District of Wisconsin. W. P. Preble, Jr., for appellant. E. H. Bottum, for appellee. Before JENKINS, GROSSCUP, and BAKER, Circuit Judges.

BAKER, Circuit Judge. The decree appealed from dismissed appellant's bill for infringement of letters patent No. 449,880, April 7, 1891, to Hammann, assignor, for supply connection for basins and baths, on the ground that the alleged invention exhibited a mere aggregation of old devices and results, and not a patentable combination. A careful consideration of the record and arguments has satisfied us that the decree is right, and that the learned and exhaustive opinion of the trial court (110 Fed. 772) states the reasons therefor with entire adequacy. The decree is affirmed.